UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Country Inns & Suites by Carlson, Inc., | Case No. 10-CV-0740 PJS/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Harkison Corp., Narendra R. Patel, and Narendra H. Patel, | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 25 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Sanctions Due to Defendants' Failure to Respond to Overdue Discovery and Participate in the Civil Trial Process [Docket No. 41] is **GRANTED** in its entirety;

2. A default judgment is entered against Defendants Harkison Corp. and Narendra H. Patel, jointly and severally, in the amount of $142,814.57; and

3. Plaintiff is awarded attorneys' fees in the amount of $34,377.56 and costs and disbursements in the amount of $2,130.56.

DATED: June 9, 2011          Patrick J. Schiltz
                             Patrick J. Schiltz
                             United States District Judge